```
 1   ANDRÉ BIROTTE JR.
     United States Attorney
 2   SANDRA BROWN
     Assistant United States Attorney
 3   Chief, Tax Division
     PAUL H. ROCHMES (Cal. Bar No. 077928)
 4   Assistant United States Attorney
           Federal Building, Suite 7211
 5         300 North Los Angeles Street
           Los Angeles, California 90012
 6         Telephone: (213) 894-2413
           Facsimile: (213) 894-0115
 7         E-mail: paul.rochmes@usdoj.gov

 8   Attorneys for UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY DIRIENZO.<br><br>Respondent. | Case No. ED CV 14-00798 JGB(AJWx)<br><br>DECLARATION OF SERVICE OF<br>(1) AMENDED ORDER TO SHOW CAUSE;<br>(2) PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF;<br>(3) CIVIL COVER SHEET;<br>(4) NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;<br>(5) STANDING ORDER; AND<br>(6) PACER (FLYER);<br><br>DATE: July 14, 2014<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 1<br>Brown Federal Building And United States Courthouse<br>3470 Twelfth Street<br>Riverside, California 92501 |
|---|---|

1  I, M. PEERY, pursuant to 28 U.S.C. § 1746(2), declare as follows:
2     1. I am over eighteen years of age, and I am not a party to the above-captioned
3  case;
4     2. I am employed as a Revenue Officer of the Internal Revenue Service;
5     3. At the request and direction of the United States Attorney's Office for the
6  Central District of California, on June 4, 2014 I served Anthony Dirienzo (the
7  respondent) with true and correct copies of the following: (1) the Amended Order to
8  Show Cause; (2) the Petition to Enforce Internal Revenue Service Summons;
9  Memorandum of Points and Authorities; Declaration in Support Thereof; (3) the Civil
10  Cover Sheet; (4) the Notice of Assignment to United States Judges; (5) the Court's
11  Standing Order; and (6) a flyer entitled PACER, by delivering the documents to the
12  respondent personally.
13     I declare under penalty of perjury that the foregoing is true and correct.
14  Executed on: June 11, 2014
15          DATE
16                     M. PEERY